BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBYN TREMAYNE** | Case No. CIV-08-2795 EFB |
| **Plaintiff,** | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| **MICHAEL J. ASTRUE** **Commissioner of Social Security** **of the United States of America,** | |
| **Defendant.** | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from April 20, 2009 to June 10, 2009. This is Plaintiff's first extension and is required due to Plaintiff's counsel's extremely heavy briefing schedule through May of 2009.

////

////

////

1

| | | |
|---|---|---|
| Dated: April 20, 2009 | | */s/Bess M. Brewer* |
| | | BESS M. BREWER |
| | | Attorney at Law |
| | | |
| | | Attorney for Plaintiff |

Dated: April 20, 2009                    Lawrence G. Brown
                                          Acting United States Attorney

                                         /s/ *Leo R. Montenegro*
                                          LEO R. MONTENEGRO
                                          Special Assistant U.S. Attorney
                                          Social Security Administration

                                          Attorney for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: April 21, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE