BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBYN TREMAYNE** | Case No. CIV-08-2795 EFB |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| **MICHAEL J. ASTRUE** **Commissioner of Social Security** of the United States of America, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from June 10, 2009, to July 8, 2009.  This is additional extension is required due to Plaintiff's counsel's extremely crowded briefing schedule.

/ / / /

/ / / /

/ / / /

1

Dated: June 10, 2009          */s/Bess M. Brewer*
                                        BESS M. BREWER
                                        Attorney at Law

                                        Attorney for Plaintiff

Dated: June 10, 2009          Lawrence G. Brown

                                        Acting United States Attorney

                                        /s/ *Leo R. Montenegro*
                                        LEO R. MONTENEGRO
                                        Special Assistant U.S. Attorney
                                        Social Security Administration

                                        Attorney for Defendant

**ORDER**

Plaintiff's second request for an extension of time within which to file a motion for summary judgment is granted. The court does not anticipate granting further extensions of time.

SO ORDERED.

DATED: June 11, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2